IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-cv-00625-D-KS

ERIC GOOLSBY and HEATHER GOOLSBY, individually and on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

WANABANA LLC and WANABANA USA LLC,

    Defendants.

**NOTICE OF APPEARANCE OF DIXIE T. WELLS**

**PLEASE TAKE NOTICE** that Dixie T. Wells, of the law firm Ellis & Winters LLP, hereby gives notice of her appearance as counsel for Defendants WanaBana LLC and WanaBana USA LLC in the above-captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below.

This the 8th day of December, 2023.

    /s/ Dixie T. Wells
    Dixie T. Wells
    Ellis & Winters LLP
    Post Office Box 2752
    Greensboro, NC 27402
    Tel: (336) 217-4193
    Fax: (336) 217-4198
    dixie.wells@elliswinters.com
    State Bar No. 26816

    Attorney for Defendants WanaBana LLC
    and WanaBana USA LLC